IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02604-CMA-KLM

CELLECT LLC, a Colorado limited liability company,

      Plaintiff,

v.

HTC AMERICA, INC., a Washington corporation,

      Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on the parties' **Joint Motion to Vacate Pending Deadlines and Set Telephone Status Conference** [#19] (the "Motion"). The parties state they are attending a mediation on January 28, 2014, and they request that all pending deadlines set in this action be vacated and that a telephonic status conference be set before the undersigned on January 30, 2014 or thereafter.

      IT IS HEREBY **ORDERED** that the Motion [#19] is **GRANTED in part**. Accordingly,

      IT IS FURTHER **ORDERED** that the Scheduling Conference set for January 21, 2014 at 9:30 a.m. is **VACATED** and **RESET** to **February 18, 2014 at 9:30 a.m.** in Courtroom C-204 of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

      IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to the District of Colorado Electronic Case Filing ("ECF") Procedures. The parties shall submit the proposed scheduling order no later than **February 14, 2014**.

      IT IS FURTHER **ORDERED** that a Telephonic Status Conference is **SET** for **January 30, 2014** at **10:30 a.m.** The parties shall first conference together and then call Chambers at (303) 335-2770 at the designated time.

      Dated: January 7, 2014