**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-02604-CMA-KLM

CELLECT, LLC, a Colorado limited liability company,

    Plaintiff,

v.

HTC AMERICA, INC., a Washington corporation,

    Defendant.

---

## ORDER DISMISSING ALL CLAIMS WITHOUT PREJDUICE

---

    This matter is before the Court on Plaintiff's Motion to Dismiss All Claims and Counterclaims Without Prejudice for Lack of Subject Matter Jurisdiction. (Doc. # 43) Plaintiff has executed a Release and Covenant Not to Assert (Doc. # 43-1), which divests this Court of subject-matter jurisdiction, as it has eliminated any case or controversy under Article III of the United States Constitution. *Accord Intellectual Prop. Dev., Inc. v. TCI Cablevision of California, Inc.*, 248 F.3d 1333, 1342 (Fed. Cir. 2001).

    Accordingly, it is ordered that all present claims and counterclaims are DISMISSED WITHOUT PREJUDICE.

    DATED: June 6, 2014

BY THE COURT:

*/s/ Christine M. Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Judge