**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02604-CMA-KLM

CELLECT, LLC, a Colorado limited liabilty company,

    Plaintiff,

v.

HTC AMERICA, INC., a Washington corporation,

    Defendant.

---

## FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Dismissing Claims Without Prejudice of Judge Christine M. Arguello entered on June 6, 2014 it is

    ORDERED that Plaintiff CELLECT, LLC, a Colorado limited liability company recovers nothing, the action is dismissed without prejudice.

    Dated at Denver, Colorado this 6th day of June, 2014.

                                          FOR THE COURT:
                                          JEFFREY P. COLWELL, CLERK

                             By: s/   A. Thomas
                                        Deputy Clerk